TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone: (480) 247-9644
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Meika Ellison

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Meika Ellison,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Medicredit, Inc.,<br><br>　　　　Defendant. | Case No.: 2:15-cv-00229-JAM-CKD<br><br>**ORDER** |

PROPOSED ORDER

1
2    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.
3
4    Date:  12/22/2015                              /s/ John A. Mendez
5                                                   U. S. District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28